1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11 | AMBER COSTON-MOORE,                   1:11-cv-01119-MJS (PC)

12 |         Plaintiff,                    ORDER TO SUBMIT AN APPLICATION
                                           TO PROCEED IN FORMA PAUPERIS
13 |     v.                               OR PAY THE FILING FEE

14 | P. JOHNSON, et al.,
                                          FORTY-FIVE DAY DEADLINE
15 |         Defendants.
    _____/

16
17          Plaintiff Amber Coston-Moore ("Plaintiff") is a state prisoner proceeding pro se in a civil

18   rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee or

     submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.
19
20          Accordingly, IT IS HEREBY ORDERED that:

21          Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

22   attached application to proceed in forma pauperis, completed and signed, or in the alternative,

23   pay the $350.00 filing fee for this action.  **No requests for an extension will be granted

24   without a showing of good cause**.  Within sixty (60) days of the date of service of this order,

     Plaintiff shall submit a certified copy of his/her prison trust statement for the six month period
25
26   immediately preceding the filing of the complaint.

     /////
27
     /////
28

-1-

1    **Failure to comply with this Order will result in dismissal of this action.**

2

3

4

5

6    IT IS SO ORDERED.

7    Dated: ____July 13, 2011____        ____/s/ *Michael J. Long*____
                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28